LORENZO E. WHITE, Appellant, v. S. B. HARRIS and JAMES T. STOCKTON, Respondents.

No. 1277; November 18, 1856.

Equity—Legal Remedy.—A Court of Equity is not Open to a party who has a remedy at law.

APPEAL from Seventh Judicial District, Marin County.

The plaintiff applied for an injunction to restrain the defendants from proceeding upon an execution issued by a jus-

tice of the peace on a judgment for less than two hundred dollars. White had been unsuccessful defendant in an action before the justice brought by James McKeever and T. H. Nickerson. Harris was assignee of the judgment and Stocker the sheriff of Marin county into whose hands the writ had been placed. In the present action the plaintiff claimed that in the former one the person assuming to act as a justice of the peace was at the time without official authority.

W. Skidmore for appellant; T. H. Hansen and Lewis Sanders for respondents.

HEYDENFELDT, J.—There is no equity in the complainant's bill. If the judgment of the justice is coram non judice, the seizure of the complainant's property to satisfy it will be a trespass, for which he has a remedy at law.

Let the bill be dismissed.

We concur: Murray, C. J.; Terry, J.